

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00071-CV

Roberto **VILLARREAL**, Ramona Villarreal, Viola Villarreal Garcia,
Gloria Villarreal Salinas and Fernando Villarreal,
Appellants

v.

**CHESAPEAKE ZAPATA, L.P.** and Chesapeake Operating, Inc.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8848
Honorable Jose A. Lopez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 27, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court